**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-4494**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

KELSEY LENTRELL KINARD,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(4:07-cr-00486-TLW-2)

_____

Submitted:  January 22, 2013        Decided:  January 24, 2013

                Amended:  August 9, 2016

_____

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kelsey Lentrell Kinard, Appellant Pro Se.   Arthur Bradley
Parham, Assistant United States Attorney, Rose Mary Parham,
OFFICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelsey Lentrell Kinard appeals the district court's amended judgment. See United States v. Davis, 679 F.3d 190, 194 (4th Cir. 2012). We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED